# EXHIBIT A

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.

*attorneys at law*

The Lyric Centre
Suite 2300
440 Louisiana Street
Houston, Texas 77002

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

Ronald J. Restrepo, Partner

rrestrepo@drhrlaw.com

October 22, 2024

Mr. Stuart R. White
LILES WHITE PLLC
500 N. Water St., Suite 800
Corpus Christi, Texas 78401-0232

*Via Email:* stuart@lileswhite.com

> Re: Agent Alliance Insurance Company
> Insured: RVshare LLC
> Claim No. N220211065.1
> *Eduardo Cabral, et al. vs. Myuniverse Inc., et al.*; Cause No. 2022DCV0886; in the 210th Judicial District Court of El Paso County, Texas
> *Agent Alliance Insurance Company v. Eduardo Cabral, et al.*; Civil Action No. 1:24-cv-1241; In the United States District Court for the Western District of Texas—Austin Division

Dear Mr. White:

I have attached a file-stamped copy of the Original Complaint for Declaratory Judgment filed on behalf of my client, Agent Alliance Insurance Company ("Agent Alliance") against your clients (1) Eduardo Cabral, individually and as heir at law of the Estate of J. Eduardo Cabral, deceased; (2) Manuela Bujanda, as heir at law of the Estate of J. Eduardo Cabral, deceased; (3) Monica Cabral; (4) Denisse Gallegos, individually and as next friend of GXXXXXX and AXXX GXXXXXXX, minors; (5) Leo Gallegos, individually and as next friend of GXXXXXX and AXXX GXXXXXXX, minors; (6) Jose Ambriz; (7) Christian Lizhet Pacheco; and (8) Christian Manuel Ambriz. At this time, I would respectfully request that you agree to accept service of the declaratory judgment action on behalf of your clients. If you will not accept service or are not authorized to accept service on behalf of your clients, please let me know as soon as possible so that we may undertake personal service of the Original Complaint on your clients. Thank you.

Very truly yours,

Ronald J. Restrepo

RJR/alh
Enclosure: (1) Original Complaint for Declaratory Judgment Action

**From:**      Ashley Harrison
**To:**        stuart@lileswhite.com
**Cc:**        Ron Restrepo
**Subject:**   RE: RVShare LLC; Claim No. N220211065.1 (07)
**Date:**      Friday, November 15, 2024 9:12:35 AM
**Attachments:**  2024-10-22 Ltr to S. White re accepting service obo clients (07).pdf
                  2024-10-16 Original Complaint for Declaratory Judgment.pdf

Mr. White,

I am following up with my previous emails. Please let us know if you are able to accept service on behalf of your clients.  Otherwise, we will begin to seek personal service on Monday, November 18, 2024.

Thank you,

**Ashley Harrison**
Legal Assistant
Doyle, Restrepo, Harvin & Robbins, LLP
The Lyric Centre
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 228-5100
Fax: (713) 228-6138
aharrison@drhrlaw.com

*__CONFIDENTIALITY NOTICE__*
*The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.*

**From:** Ashley Harrison <aharrison@drhrlaw.com>
**Sent:** Monday, November 11, 2024 10:08 AM
**To:** stuart@lileswhite.com
**Cc:** Ron Restrepo <rrestrepo@drhrlaw.com>
**Subject:** RE: RVShare LLC; Claim No. N220211065.1 (07)

Mr. White,

I am following up with my previous email. Please let us know if you will accept service on behalf of your clients.

Thank you,

**Ashley Harrison**
Legal Assistant
Doyle, Restrepo, Harvin & Robbins, LLP
The Lyric Centre
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 228-5100
Fax: (713) 228-6138
aharrison@drhrlaw.com

*CONFIDENTIALITY NOTICE*
*The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.*

**From:** Ashley Harrison <aharrison@drhrlaw.com>
**Sent:** Tuesday, October 22, 2024 9:52 AM
**To:** stuart@lileswhite.com
**Cc:** Ron Restrepo <rrestrepo@drhrlaw.com>
**Subject:** RVShare LLC; Claim No. N220211065.1 (07)

Mr. White,

Please see the attached correspondence on behalf of Mr. Restrepo.

Sincerely,

**Ashley Harrison**
Legal Assistant
Doyle, Restrepo, Harvin & Robbins, LLP
The Lyric Centre
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 228-5100
Fax: (713) 228-6138
aharrison@drhrlaw.com

*CONFIDENTIALITY NOTICE*
*The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.*