# EXHIBIT D

# UNITED STATES DISTRICT COURT
## Western District of Texas

AGENT ALLIANCE INSURANCE COMPANY  
**PLAINTIFF**

VS.

EDUARDO CABRAL, INDIVIDUALLY AND AS
HEIR AT LAW OF THE ESTATE OF J.
EDUARDO CABRAL, DECEASED, ET AL
**DEFENDANT**

§
§
§
§
§
§
§
§
§
§

CAUSE NO. 1:24-cv-1241

### DECLARATION OF Armando Juarez OF DUE DILIGENCE

**On Wednesday, January 22, 2025 AT 11:09 AM**
SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT, DEFICIENCY
NOTICE, CIVIL COVER SHEET, ORDER, NOTICE OF ELECTRONIC FILING, DOCKET II, LOCAL COURT
RULES, STANDING ORDER REGARDING COURTROOM OPPORTUNITIES FOR NEWER ATTORNEYS for
service on JOSE AMBRIZ came to hand.

**On Monday, January 27, 2025 at 7:19 PM**, at 3124 MEMPHIS, EL PASO, TX 79930, I ATTEMPTED
SERVICE AND A MIDDLE AGED HISPANIC COUPLE ANSWERED THE DOOR AND STATED THAT
THE PANTOJA FAMILY LIVES HERE.  ONE VEHICLE VISIBLE, A WHITE CHEVY COLORADO
PICKUP WITH TX TAG MSL-4787 WITH NO RECORDS FOUND. EPCAD SHOWS THAT PANTOJA
LOERNA AND JESUS PANTOJA ARE THE REGISTERED OWNERS OF THE PROPERTY.

My name is Armando Juarez. I am over the age of eighteen and am not a party to this case. I declare
under penalty of perjury that the foregoing is true and correct.

Tuesday, February 4, 2025

*Armando Juarez*

Armando Juarez
Process Server
2808 Schooner Dr.
El Paso, TX 79936

Ngic.07

Doc ID: 331033_1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Agent Alliance Insurance Company | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| | ) |
| v. | ) |
| | ) |
| Eduardo Cabral, individually and as Heir at Law of the Estate of J. Eduardo Cabral, deceased, et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 1:24-cv-1241

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jose Ambriz
3124 MEMPHIS
EL PASO, TX 79930-4514
or wherever else he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronald J. Restrepo
Doyle, Restrepo, Harvin & Robbins, LLP
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 228-5100 phone
(713) 228-6138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_ , PHILIP J. DEVLIN

Date: 1/21/2025



_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1241

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc: