**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **AGENT ALLIANCE INSURANCE COMPANY,** | § § § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **CIVIL ACTION NO. 1:24-cv-01241-DII** |
| **EDUARDO CABRAL, INDIVIDUALLY AND AS HEIR AT LAW OF THE ESTATE OF J. EDUARDO CABRAL, DECEASED, MANUELA BUJANDA, AS HEIR AT LAW OF THE ESTATE OF J. EDUARDO CABRAL, DECEASED, MONICA CABRAL, DENISSE GALLEGOS and LEO GALLEGOS, INDIVIDUALLY AND AS NEXT FRIEND OF GXXXXXX AND AXXXX GXXXXXXX, MINORS, JOSE AMBRIZ, CRISTIAN LIZHET PACHECO AND CRISTIAN MANUEL AMBRIZ,** | § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

**ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE**

On this day, the Court considered Plaintiff Agent Alliance Insurance Company's Motion for Substituted Service (the "Motion"). Having heard and considered the Motion and the evidence submitted with the Motion, this Court is of the opinion that the Motion should be granted in all respects and that substituted service is authorized as to Defendants Manuela

Bujanda, as heir at law of the Estate of J. Eduardo Cabral, deceased; Leo Gallegos, individually and as next friend of GXXXXXX and AXXX GXXXXXXX; and Jose Ambriz.

Therefore, the Motion for Substituted Service is GRANTED.

It is therefore ORDERED that Defendants Manuela Bujanda, as heir at law of the Estate of J. Eduardo Cabral, deceased; Leo Gallegos, individually and as next friend of GXXXXXX and AXXX GXXXXXXX; and Jose Ambriz may be served with summons under Federal Rule of Civil Procedure 4(e)(1) and Texas Rules of Civil Procedure 106(b) by (1) personally serving Mr. White at his office located at 500 N. Water St., Suite 800, Corpus Christi, Texas 78401-0232, (2) certified mail, return receipt requested, (3) regular mail, and (4) email at stuart@lileswhite.com, and (5) personally serving Mr. Ornelas at his office located at 6800 Gateway East, Unit 2, Suite B, El Paso, Texas 79915, (6) certified mail, return receipt requested, (7) regular mail, and (8) email at cesar@oinjurylaw.com.

SIGNED on _____, 2025.


_____
PRESIDING JUDGE