# EXHIBIT A

4/3/25, 8:42 AM
Case 1:24-cv-01241-ADA   Document 20-1   Filed 04/03/25   Page 2 of 3
portal-txelpaso.tylertech.cloud/PublicAccess/CaseDetail.aspx?CaseID=8969404

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back          Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2022DCV0886

EDUARDO CABRAL, INDIVIDUALLY AND AS HEIR AT LAW OF THE
ESTATE OF J. EDUARDO CABRAL, DECEASED; MANUELA BUJANDA, AS
HEIR AT LAW OF THE ESTATE OF J EDUARDO CABRAL, DECEASED;      §
MONICA CABRAL; DENISSE GALLEGOS and LEO GALLEGOS,            §
INDIVIDUALLY AND AS NEXT FRIEND GXXXXXX AND AXXX GXXXXXXX,   §
MINORS; JOSE AMBRIZ AND CRISTIAN LIZHET PACHECO, AND         §
CRISTIAN MANUEL AMBRIZ VS MYUNIVERSE INC; KHUSHPAL SINGH;    §
RVSHARE LLC; AND JOSEPH JACKSON;LANDSTAR RANGER, INC. AND    §
EXPEDITORS INTERNATIONAL OF WASHINGTON INC.

| | |
|---|---|
| Case Type: | **Injury or Damage - Motor Vehicle** |
| Date Filed: | **03/23/2022** |
| Location: | **210th District Court** |

---

### RELATED CASE INFORMATION

**Related Cases**
   2024DCV4855 (Related to Civil Case)

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Counter Defendant | Ambriz, Jose Manuel | **STUART R. WHITE** <br> *Retained* <br> 361-826-0100(W) |
| Counter Defendant | Bujanda, Manuela | **STUART R. WHITE** <br> *Retained* <br> 361-826-0100(W) |
| Counter Defendant | Cabral, Eduardo | **STUART R. WHITE** <br> *Retained* <br> 361-826-0100(W) |
| Counter Defendant | Cabral, Monica | **STUART R. WHITE** <br> *Retained* <br> 361-826-0100(W) |
| Counter Defendant | Gallegos, Denisse | **STUART R. WHITE** <br> *Retained* <br> 361-826-0100(W) |
| Counter Defendant | Gallegos, Leo | **STUART R. WHITE** <br> *Retained* <br> 361-826-0100(W) |
| Counter Defendant | Pacheco, Cristian Lizhet | **STUART R. WHITE** <br> *Retained* <br> 361-826-0100(W) |
| Cross Defendant | Jackson, Joseph | **JOHN M. DICKEY** <br> *Retained* <br> 915-545-1133(W) |
| Cross Defendant | MyUniverse Inc. | **DANIEL HERNANDEZ** <br> *Retained* <br> 915-832-7200(W) |
| Cross Defendant | RVShare LLC | **SEAN CARROLL WHITE** <br> *Retained* <br> 915-533-4424(W) |
| Cross Defendant | Singh, Khushpal | **DANIEL HERNANDEZ** <br> *Retained* <br> 915-832-7200(W) |
| Cross Plaintiff | LANDSTAR RANGER, INC | **CARLOS RINCON** <br> *Retained* |

4/3/25, 8:42 AM

Case 1:24-cv-01241-ADA   Document 20-1   Filed 04/03/25   Page 3 of 3
portal-txelpaso.tylertech.cloud/PublicAccess/CaseDetail.aspx?CaseID=8969404

915-532-6800(W)

| | | |
|---|---|---|
| **Defendant** | **Jackson, Joseph** | **JOHN M. DICKEY**<br>*Retained*<br>915-545-1133(W) |
| **Defendant** | **LANDSTAR RANGER, INC** | **CARLOS RINCON**<br>*Retained*<br>915-532-6800(W) |
| **Defendant** | **RVShare LLC** | **SEAN CARROLL WHITE**<br>*Retained*<br>915-533-4424(W) |
| **Interpleador** | **MyUniverse Inc.** | **DANIEL HERNANDEZ**<br>*Retained*<br>915-832-7200(W) |
| **Minor Child** | **AXXX GXXXXXX** | |
| **Minor Child** | **CXXXXXXX AXXXXX** | |
| **Minor Child** | **GXXXXXX** | |
| **Plaintiff** | **AMBRIZ, CRISTIAN MANUEL** | |
| **Plaintiff** | **Ambriz, Jose Manuel** | **STUART R. WHITE**<br>*Retained*<br>361-826-0100(W) |
| **Plaintiff** | **Bujanda, Manuela** | **STUART R. WHITE**<br>*Retained*<br>361-826-0100(W) |
| **Plaintiff** | **Cabral, Eduardo** | **STUART R. WHITE**<br>*Retained*<br>361-826-0100(W) |
| **Plaintiff** | **Cabral, Monica** | **STUART R. WHITE**<br>*Retained*<br>361-826-0100(W) |
| **Plaintiff** | **Gallegos, Denisse** | **STUART R. WHITE**<br>*Retained*<br>361-826-0100(W) |
| **Plaintiff** | **Gallegos, Leo** | **STUART R. WHITE**<br>*Retained*<br>361-826-0100(W) |
| **Plaintiff** | **Pacheco, Cristian Lizhet** | **STUART R. WHITE**<br>*Retained*<br>361-826-0100(W) |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

11/14/2022 | **Nonsuit** (Judicial Officer: Perez, Alyssa)